# Notice Recipients

District/Off: 0755–2      User: admin      Date Created: 7/23/2020
Case: 20–21394–jra        Form ID: 234     Total: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP
cr        PennyMac Loan Services, LLC

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust      Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov
tr        Kenneth A. Manning    trusteemanning@gmail.com
aty      Jennifer Prokop    jennifer.prokop@usdoj.gov
aty      Sarah E. Barngrover    amps@manleydeas.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        John Mileusnic    325 Plum Creek Drive    Schererville, IN 46375
smg      Indiana Employment Security Division    10 North Senate Street    Indianapolis, IN 46204
15046488    Indiana Department of Revenue    Bankruptcy Section – MS 108    100 North Senate Avenue, N240    Indianapolis IN 46204
15046487    Lake County Treasurer    Attention: Bankruptcy Clerk    2293 North Main Street    Crown Point IN 46307
15046489    Peeny Mac Loan Services, LLC    PO Box 514387    Los Angeles, CA 90051
15046490    PennyMac Loan Services, LLC    3043 Townsgate Rd, Suite 200    Westlake Village, CA 91361
15046491    Planet Home Lending, LLC    321 Research Parkway, Suite 303    Meriden, CT 06450

TOTAL: 7