# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana

In Re: Debtor(s) (name(s) and address) )
John Mileusnic )
aka John Louis Mileusnic )
xxx–xx–1703 ) Case Number: 20–21394–jra
325 Plum Creek Drive )
Schererville, IN 46375 )
)
)
)
) Chapter: 7
)
)
)
)
)
)

## <u>NOTICE OF NONCOMPLIANCE</u>

NOTICE IS HEREBY GIVEN that the following documents have not been filed as required:

__X_  1.    Schedule(s) A through J – Federal Rule of Bankruptcy Procedure 1007(b)(1).

__X_  2.    Statement of Financial Affairs – Federal Rule of Bankruptcy Procedure 1007(b)(1).

__X_  3.    Statement of Current Monthly Income – Federal Rule of Bankruptcy Procedure 1007(b)(4), (5), or (6).

____  4.    Disclosure of Compensation of Attorney for Debtor – Federal Rule of Bankruptcy Procedure 2016(b).

____  5.    Disclosure of Compensation of Bankruptcy Petition Preparer – 11 U.S.C. Section 110(h)(2).

____  6.    Statement of Social Security Number – Federal Rule of Bankruptcy Procedure 1007(f).

____  7.    Certificate Concerning Credit Counseling – Federal Rule of Bankruptcy Procedure 1007(b)(3).

_____ 8.                              Statement of Insider Compensation – Northern District of Indiana Local
                                      Bankruptcy Rule B–1007–3.


_____ 9.                              Matrix of Creditors Addresses – Northern District of Indiana Local
                                      Bankruptcy Rule B–1007–1(a).


__X_ 10.                              Summary of your Assets and Liabilities and Certain Statistical
                                      Information – Federal Rule of Bankruptcy Procedure 1007(b)(1).


   Failure to file these documents may result in the dismissal of the case. Further, the failure to file those items
required by 11 U.S.C. § 521(a)(1), including those listed in lines 1 and 2 above, will result in the dismissal of the
case, by operation of law, without further notice or hearing.


   Dated: July 30, 2020


                                              Christopher M. DeToro
                                              _____
                                              Clerk, United States Bankruptcy Court


                                                                          Document No. 21