# Notice Recipients

District/Off: 0755–2      User: admin      Date Created: 7/30/2020
Case: 20–21394–jra      Form ID: 492      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      John Mileusnic      325 Plum Creek Drive      Schererville, IN 46375

TOTAL: 1