# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division

In Re: Debtor(s) (name(s) and address)
John Mileusnic
aka John Louis Mileusnic
xxx–xx–1703
325 Plum Creek Drive
Schererville, IN 46375

)
)
)
) Case Number: 20–21394–jra
)
)
)
)
) Chapter: 7
)
)
)
)
)

## NOTICE OF DOCKET ENTRY

On September 20, 2020 , the following entry was made on the docket in this case:

Docket Entry: Hearing held 9/18/20(related document(s)33 Reaffirmation Agreement (pro se) filed by John Mileusnic, Capital One Auto Finance, a division of Capital One, N.A.). APPEARANCES: Attorney Mouratides on behalf of Trustee and Debtor appears. For reasons explained on the record, the Court denied the Motion for Approval of Reaffirmation Agreement. (See separate Order). (kdr)

Christopher M. DeToro
Clerk, United States Bankruptcy Court
5400 Federal Plaza
Hammond, Indiana 46320

Document No. 40 – 33