# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Hammond Division

In Re: Debtor(s) (name(s) and address)  )
John Mileusnic  )
aka John Louis Mileusnic  )
xxx–xx–1703  ) Case Number: 20–21394–jra
325 Plum Creek Drive  )
Schererville, IN 46375  )
)
)
)
)
)
) Chapter: 7
)
)
)
)
)
)

## NOTICE OF DOCKET ENTRY

On September 20, 2020 , the following entry was made on the docket in this case:

    Docket Entry: Hearing held 9/18/20(related document(s)16 Motion to Dismiss Case filed by Nancy J. Gargula). APPEARANCES: Attorney Mouratides on behalf of Trustee, Attorney Prokop on behalf of UST and debtor appears. By agreement of the parties, this matter is reset for Telephonic Final hearing October 23, 2020 at 10:30 a.m. SO ORDERED. (kdr)

    Christopher M. DeToro
    Clerk, United States Bankruptcy Court
    5400 Federal Plaza
    Hammond, Indiana 46320

Document No. 41 – 16