IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN MILEUSNIC, | ) | CASE NO.: 20-21394 |
| | ) | |
| Debtor(s). | ) | CHAPTER 7 |

**PRELIMINARY INVENTORY REPORT
AND REQUEST FOR NOTICE TO CREDITORS**

Comes now Kenneth A. Manning, Chapter 7 Trustee, and respectfully shows:

1. I am the Trustee for the above-incaptioned Debtor, having been appointed on July 14, 2020.

2. As Trustee, I have constructively taken possession of all property shown on the Schedules filed by the Debtor and adopt the same as my preliminary inventory; specifically, I anticipate estate assets and will have approximately $29,000.00 (estimate) as a result of said activities.

3. The above monies will be deposited in a certain account at Metropolitan Commercial Bank.

4. Pursuant to Federal Rule of Bankruptcy Procedure 3002 (c) (5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

/s/ Kenneth A. Manning, Trustee
Kenneth A. Manning, Trustee
120 West Clark Street
Crown Point, Indiana 46307
219-865-8376

**CERTIFICATE OF SERVICE**

I, hereby certify that on September 25, 2020, service of a true and complete copy of the above document was served by:

**Electronic mail service pursuant to Court's CM/ECF system:**
United States Trustee – USTPRegion10.SO.ECF@usdoj.gov
**By U.S. Mail First Class Postage Prepaid:**
John Mileusnic, 325 Plum Creek Drive, Schererville, IN 46375

/s/ Kenneth A. Manning
Kenneth A. Manning