# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division

In Re: Debtor(s) (name(s) and address)
John Mileusnic
aka John Louis Mileusnic
xxx−xx−1703
325 Plum Creek Drive
Schererville, IN 46375

Case Number: 20−21394−jra

Chapter: 7

# NOTICE OF NEED TO FILE PROOF OF CLAIM
# DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address below on or before:

> Date: December 28, 2020

Last day to file claims for governmental units is:

> Date: January 11, 2021

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form B410") can be obtained at the United States Courts Web Site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

Any creditor who has filed a proof of claim already need not file another proof of claim.

Address of the Bankruptcy Court
OFFICE OF THE CLERK
U.S. BANKRUPTCY COURT
5400 FEDERAL PLAZA
HAMMOND, INDIANA 46320

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court

Dated: September 25, 2020 .

Document No. 58