# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755–2 | User: admin | Date Created: 9/25/2020 |
| Case: 20–21394–jra | Form ID: 209 | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP
cr      PennyMac Loan Services, LLC
aty      Kimberly A. Mouratides

                                           TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust      Nancy J. Gargula      USTPRegion10.SO.ECF@usdoj.gov
tr      Kenneth A. Manning      trusteemanning@gmail.com
aty      Jennifer Prokop      jennifer.prokop@usdoj.gov
aty      Kenneth A. Manning      trusteemanning@gmail.com
aty      Kimberly A. Mouratides      kimberly.mouratides@gmail.com
aty      Sarah E. Barngrover      amps@manleydeas.com
aty      Susan M. Woolley      ndbkr@feiwellhannoy.com

                                           TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      John Mileusnic      325 Plum Creek Drive      Schererville, IN 46375
cr      Capital One Auto Finance, a division of Capital One, N.A.      AIS Portfolio Services, LP      4515 N Santa Fe Ave      Oklahoma City, OK 73118
smg      Indiana Employment Security Division      10 North Senate Street      Indianapolis, IN 46204
15046488      Indiana Department of Revenue      Bankruptcy Section – MS 108      100 North Senate Avenue, N240      Indianapolis IN 46204
15046487      Lake County Treasurer      Attention: Bankruptcy Clerk      2293 North Main Street      Crown Point IN 46307
15046489      Peeny Mac Loan Services, LLC      PO Box 514387      Los Angeles, CA 90051
15046490      PennyMac Loan Services, LLC      3043 Townsgate Rd, Suite 200      Westlake Village, CA 91361
15046491      Planet Home Lending, LLC      321 Research Parkway, Suite 303      Meriden, CT 06450

                                           TOTAL: 8