# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division

In Re: Debtor(s) (name(s) and address)  
John Mileusnic  
aka John Louis Mileusnic  
xxx–xx–1703  
325 Plum Creek Drive  
Schererville, IN 46375  

)  
)  
)  
) Case Number: 20–21394–jra  
)  
)  
)  
)  
)  
) Chapter: 7  
)  
)  
)  
)  
)  
)  

## NOTICE OF REQUIREMENT TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE
### (Official Form 423)

    To be eligible for a discharge, after filing the petition each debtor must complete a course concerning personal financial management and file a statement, prescribed by the official forms, indicating that they have done so. See, 11 U.S.C. §§ 727(a)(11), 1328(g)(1); Fed. R. Bankr. P. Rule 1007(b)(7), (c); Official Bankruptcy Form 423. If that statement has not been filed within forty–five days of the first date set for the meeting of creditors, the court is to remind debtors that the case could be closed, without issuing a discharge, if it is not filed by the time the case is ready to be closed after the filing of the trustee's final report. Fed. R. Bankr. P. Rule 5009(b). That is the reason for this notice.

    As of this date, the required Certification(s) about a Financial Management Course (Official Form 423) have not yet been filed. If the case is closed without a discharge and a debtor subsequently files a motion to reopen the case to allow for the filing of Official Form 423, the debtor must pay the fee due for filing the motion to reopen.

Dated: October 1, 2020

Christopher M. DeToro  
_____  
Clerk, United States Bankruptcy Court  
5400 Federal Plaza  
Hammond, Indiana 46320

Document No. 65 – 2