**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN MILEUSNIC, | ) | CASE NO.: 20-21394 |
| | ) | |
| Debtor(s). | ) | CHAPTER 7 |

**TRUSTEE'S RESPONSE AND OBJECTION**
**TO DEBTOR'S MOTION TO DISMISS**

Kenneth A. Manning, Chapter 7 Trustee, objects to Debtor's Motion to Dismiss this Chapter 7 case.

1) This Chapter 7 case commenced by voluntary petition filed July 14, 2020.

2) Kenneth A. Manning is Chapter 7 Trustee.

3) Debtor has listed/scheduled non-exempt financial assets in the sum of $14,975.00. (Docket Entry 24) NOTE: Trustee has received initial partial bank records indicating Debtor had over $29,000.00 of non-exempt bank accounts.

4) Trustee has objected to Debtor's claimed exemptions. (Docket Entry 54) Trustee has filed Motion For Turnover of complete bank records, which turnover will determine the actual amount of non-exempt bank balances. (Docket Entry 55)

5) The last day for claims to be filed is December 28, 2020, Government claims January 11, 2021.

6) The sole basis for Debtor's Motion to Dismiss is that he is not eligible for a discharge pursuant to 11U.S.C.727(a)(8).

7) Debtor's non eligibility to obtain a discharge is not grounds for voluntary dismissal by Debtor.

8) It would be prejudicial to creditors, and creditor claims, to allow Debtor's voluntary dismissal when there are non-exempt assets available for payment of creditor claims.

Trustee prays for an order denying Debtor's voluntary motion to dismiss; and requests hearing.

Respectfully submitted,

/s:/ Kenneth A. Manning
Kenneth A. Manning
Manning & Mouratides, P.C.
120 West Clark Street
Crown Point, Indiana 46307
Phone: (219) 865-8376
Attorney for Chapter 7 Trustee

### CERTIFICATE OF SERVICE

I, hereby certify that on October 8, 2020, service of a true and complete copy of the above document was served by:

**Electronic mail service pursuant to Court's CM/ECF system:**
United States Trustee – USTPRegion10.SO.ECF@usdoj.gov
**By U.S. Mail First Class Postage Prepaid:**
John Mileusnic, 325 Plum Creek Drive, Schererville, IN 46375

/s/ Kenneth A. Manning
Kenneth A. Manning