UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| John Mileusnic ) | CASE NO.: 20-21394-JRA |
| aka John Louis Mileusnic ) | CHAPTER 7 |
| ) | |
| Debtor ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**

COMES NOW United States Trustee Nancy J. Gargula ("UST"), by Counsel Jennifer W. Prokop, and respectfully advises this Honorable Court that the UST hereby withdraws her motion to dismiss this case. In support of this Notice of Withdrawal, Counsel respectfully states as follows:

1. On July 23, 2020, the UST filed her motion to dismiss this case pursuant to 11 U.S.C. § 707(a) and 11 U.S.C. § 727(a)(8).

2. The UST has since learned that the Debtor has substantial assets that could be administered for the benefit of unsecured creditors and has, instead, filed a complaint to deny discharge.

3. Based on the information provided, the UST respectfully withdraws her motion to dismiss this case.

                                                Respectfully submitted,
                                                Nancy J. Gargula
                                                United States Trustee

October 9, 2020                        By:    /s/Jennifer W. Prokop
                                                Jennifer W. Prokop
                                                Trial Attorney
                                                Office of the U.S. Trustee
                                                100 East Wayne Street, Suite 555
                                                South Bend, IN 46601
                                                (574) 236-8245

**CERTIFICATE OF SERVICE**

I, Jennifer W. Prokop, hereby certify that service of the foregoing was made electronically via the Court's ECF system or via regular first-class United States mail, postage fully pre-paid, on October 9, 2020, upon:

Trustee Kenneth Manning
Debtor's Counsel:  N/A
John Mileusnic:  325 Plum Creek Drive, Schererville, IN 46375

                                               /s/ Jennifer W. Prokop
                                               Jennifer W. Prokop